1        JS-6

2

3

4

5

6

7

8              UNITED STATES DISTRICT COURT

9              CENTRAL DISTRICT OF CALIFORNIA

10

11   PAMELA BUDER, an individual,        Case No.  CV10-3557 R (JEMx)

12              Plaintiff,               **ORDER GRANTING
                                         STIPULATION FOR DISMISSAL**
13   v.
                                         [Filed concurrently with Stipulation for
14   AMERICAN RED CROSS, a               Dismissal]
     corporation; and DOES 1 through 10,
15                                       Action Filed:  May 10, 2010
               Defendants.
16

17

18        Based upon the concurrently filed Stipulation for Dismissal, and finding

19   good cause therefor, it is hereby ORDERED that:

20        The Stipulation for Dismissal is GRANTED, and this entire action is hereby

21   DISMISSED with prejudice.

22

23   DATED:  January 11, 2011          _____

24                                     Honorable Manuel L. Real
                                       United States District Court Judge
25

26

27

28